JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANTONIO EDIOR PIERRE,<br><br>    Petitioner,<br><br>  v.<br><br>MERRICK GARLAND, et al.,<br><br>    Respondents. | Case No. 5:23-cv-02606-ODW-JDE<br><br>JUDGMENT |

  Pursuant to the Order Summarily Dismissing Action,

  IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: February 1, 2024____    _____

                OTIS D. WRIGHT, II
                United States District Judge